NOT DESIGNATED FOR PUBLICATION

STATE OF LOUISIANA
COURT OF APPEAL, THIRD CIRCUIT

03-1057

CARLA AUCOIN, ET AL.

VERSUS

CLEMENT VAN PEARSON & STATE FARM MUTUAL AUTOMOBILE
INSURANCE COMPANY

**********
APPEAL FROM THE
FIFTEENTH JUDICIAL DISTRICT COURT
PARISH OF LAFAYETTE, NUMBER 2001-2988
HONORABLE BYRON HEBERT, DISTRICT JUDGE
**********

BILLIE COLOMBARO WOODARD
JUDGE

**********

Court composed of Billie Colombaro Woodard, Elizabeth A. Pickett, and Arthur J. Planchard,[*] Judges.

**Pickett, J., concurs.**

AFFIRMED.

John Martin Jefcoat
Galloway & Jefcoat
Post Office Box 61550
Lafayette, Louisiana 70596-1550
(337) 984-8020
Counsel for Plaintiff/Appellant:
    Carla Aucoin

Kenneth Wayne Jones, Jr.
Post Office Box 53290
Lafayette, Louisiana 70505-3290
(337) 593-9062
Counsel for Defendant/Appellee:
    State Farm Mutual Auto
    Insurance Company

Kenny L. Oliver
David O. Way
Oliver & Way, L.L.C.
Post Office Box 80655
Lafayette, Louisiana 70598-0655
(337) 235-2112
Counsel for Defendant/Appellee:
    State Farm Mutual Auto
    Insurance Company

_____

[*]Judge Arthur J. Planchard, Jr., Retired, participated in this decision by appointment of the Louisiana Supreme Court as Judge *Pro Tempore*.